(75 South. 632)

MOWERY v. STATE.   (6 Div. 267.)

(Court of Appeals of Alabama.   May 8, 1917.)

CRIMINAL LAW ⊂⇒1090(16) — APPEAL — ABSENCE OF BILL OF EXCEPTIONS.

In the absence of a bill of exceptions, the action of the court in overruling motion for new trial cannot be reviewed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2822, 2948, 3204.]

---

⊂⇒For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

Appeal from Circuit Court, Blount County; J. E. Blackwood, Judge.

George Mowery was convicted of an assault with intent to murder, and he appeals. Affirmed.

P. A. Nash, of Oneonta, for appellant. W. L. Martin, Atty. Gen., for the State.

BRICKEN, J. This appeal is upon the record, without bill of exceptions. The defendant was indicted, tried, and convicted for the offense of assault with intent to murder. A careful examination of the record fails to disclose any error of a reversible nature. The motion for a new trial was not in conformity to Acts 1915, p. 722, and no exception was reserved to the action of the court in overruling this motion; and in the absence of a bill of exceptions cannot be reviewed by this court. Let the judgment of the lower court be affirmed.

Affirmed.